| Company Code | Loc/Dept | Number | Page | Earnings Statement |  |
|---|---|---|---|---|---|
| LV / V6A 29224919 | | 2888878 | 1 of 1 | | |

Wee R the World
1600 Easton Road
Willow Grove, PA 19090

Period Starting: 11/11/2025
Period Ending: 11/23/2025
Pay Date: 11/28/2025

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal:   Std W/H Table
 State:     0
 Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal:
 State:
 Local:

Desiree T Banks
4586 Shelbourne Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2416.25 | 52323.95 |
| Gross Pay | | | $2,416.25 | $52,323.95 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -188.93 | 4612.85 |
| Social Security | -147.49 | 3193.07 |
| Medicare | -34.50 | 746.77 |
| Pennsylvania State Income | -73.03 | 1581.06 |
| Pennsylvania State UI | -1.69 | 36.63 |
| Phila R Local Income | -90.37 | 1942.98 |
| Abington Twp Local Services | -2.17 | 49.91 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| 401(k) plan % | -96.65 | 2092.96 |
| AFLAC pre-tax | -26.91 | 592.03 |
| Life insurance pre-tax | -10.49 | 230.79 |
| AFLAC post-tax | -29.99 | 659.79 |

| Net Pay | | $1,714.03 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9740 | XXXXXXXXX | 1714.03 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $2,282.20

Wee R the World
1600 Easton Road
Willow Grove, PA 19090

Pay Date:   11/28/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9740 | XXXXXXXXX | 1714.03 |

THIS IS NOT A CHECK

Desiree T Banks
4586 Shelbourne Street
Philadelphia, PA 19124

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LV / V6A 29224919 | | 025 | 1 of 1 |

Wee R the World
1600 Easton Road
Willow Grove, PA 19090

**Earnings Statement**

ADP

Period Starting: 10/24/2025
Period Ending: 11/10/2025
Pay Date: 11/14/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Desiree T Banks
4586 Shelbourne Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2502.50 | 49907.70 |
| Gross Pay | | | $2,502.50 | $49,907.70 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -198.86 | 4423.92 |
| Social Security | -152.83 | 3045.58 |
| Medicare | -35.74 | 712.27 |
| Pennsylvania State Income | -75.68 | 1508.03 |
| Pennsylvania State UI | -1.76 | 34.94 |
| Phila R Local Income | -93.59 | 1852.61 |
| Abington Twp Local Services | -2.17 | 47.74 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| 401(k) plan % | -100.10 | 1996.31 |
| AFLAC pre-tax | -26.91 | 565.12 |
| Life insurance pre-tax | -10.49 | 220.30 |
| AFLAC post-tax | -29.99 | 629.80 |

| Net Pay | $1,774.38 |
|---|---|

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4463 | XXXXXXXXX | 1774.38 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $2,365.00

Wee R the World
1600 Easton Road
Willow Grove, PA 19090

Pay Date: 11/14/2025

THIS IS NOT A CHECK

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4463 | XXXXXXXXX | 1774.38 |

Desiree T Banks
4586 Shelbourne Street
Philadelphia, PA 19124

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| LV / V6A 29224919 | | 2853827 | 1 of 1 | | ADP |

Wee R the World
1600 Easton Road
Willow Grove, PA 19090

Period Starting:  10/11/2025
Period Ending:   10/23/2025
Pay Date:        10/31/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Desiree T Banks
4586 Shelbourne Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2073.25 | 47405.20 |
| Gross Pay | | | $2,073.25 | $47,405.20 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -149.41 | 4225.06 |
| Social Security | -126.23 | 2892.75 |
| Medicare | -29.52 | 676.53 |
| Pennsylvania State Income | -62.50 | 1432.35 |
| Pennsylvania State UI | -1.45 | 33.18 |
| Phila R Local Income | -77.54 | 1759.02 |
| Abington Twp Local Services | -2.17 | 45.57 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| 401(k) plan % | -82.93 | 1896.21 |
| AFLAC pre-tax | -26.91 | 538.21 |
| Life insurance pre-tax | -10.49 | 209.81 |
| AFLAC post-tax | -29.99 | 599.81 |

| Net Pay | $1,474.11 | |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4463 | XXXXXXXXX | 1474.11 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $1,952.92

Wee R the World
1600 Easton Road
Willow Grove, PA 19090

Pay Date:    10/31/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4463 | XXXXXXXXX | 1474.11 |

Desiree T Banks
4586 Shelbourne Street
Philadelphia, PA 19124

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LV / V6A 29224919 | | 2837699 | 1 of 1 |

Wee R the World
1600 Easton Road
Willow Grove, PA 19090

**Earnings Statement**  ADP

Period Starting: 09/24/2025
Period Ending: 10/10/2025
Pay Date: 10/15/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Desiree T Banks
4586 Shelbourne Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1760.36 | 45331.95 |
| **Gross Pay** | | | **$1,760.36** | **$45,331.95** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -113.37 | 4075.65 |
| Social Security | -106.82 | 2766.52 |
| Medicare | -24.98 | 647.01 |
| Pennsylvania State Income | -52.89 | 1369.85 |
| Pennsylvania State UI | -1.23 | 31.73 |
| Phila R Local Income | -65.84 | 1681.48 |
| Abington Twp Local Services | -2.17 | 43.40 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| 401(k) plan % | -70.41 | 1813.28 |
| AFLAC pre-tax | -26.91 | 511.30 |
| Life insurance pre-tax | -10.49 | 199.32 |
| AFLAC post-tax | -29.99 | 569.82 |

| Net Pay | $1,255.26 |
|---|---|

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4463 | XXXXXXXXX | 1255.26 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $1,652.55

Wee R the World
1600 Easton Road
Willow Grove, PA 19090

Pay Date: 10/15/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4463 | XXXXXXXXX | 1255.26 |

THIS IS NOT A CHECK

Desiree T Banks
4586 Shelbourne Street
Philadelphia, PA 19124