United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-15106-pmm

Desiree Tonya Banks                                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                              Page 1 of 3

Date Rcvd: Mar 25, 2026                     Form ID: 318                              Total Noticed: 44

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Desiree Tonya Banks, 4586 Shelbourne Street, Philadelphia, PA 19124-3831 |
| 15084008 | + | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 15084018 | | Comenity Bank/Lane Bryant CC, Comenity Bank, Bankruptcy Department PO, Columbus, OH 43218-2125 |
| 15084029 | + | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15084038 | | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, San Francisco, CA 94105 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Mar 26 2026 06:05:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Mar 26 2026 02:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 26 2026 06:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15084009 | | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 26 2026 02:12:34 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15084010 | + | Email/Text: bk@avant.com | Mar 26 2026 02:06:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 15084011 | + | EDI: AGFINANCE.COM | Mar 26 2026 06:05:00 | Brightway/onemain, Po Box 3316, Evansville, IN 47732-3316 |
| 15084045 | | Email/Text: megan.harper@phila.gov | Mar 26 2026 02:05:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15084012 | | EDI: CAPITALONE.COM | Mar 26 2026 06:05:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15084013 | | EDI: JPMORGANCHASE | Mar 26 2026 06:04:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15084014 | + | EDI: CITICORP | Mar 26 2026 06:05:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15084015 | + | EDI: CITICORP | Mar 26 2026 06:05:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15084016 | + | EDI: WFNNB.COM | Mar 26 2026 06:05:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15084017 | + | EDI: WFNNB.COM | Mar 26 2026 06:05:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

District/off: 0313-2                        User: admin                                    Page 2 of 3

Date Rcvd: Mar 25, 2026                     Form ID: 318                                    Total Noticed: 44

| | | | |
|---|---|---|---|
| 15084019 | + EDI: WFNNB.COM | Mar 26 2026 06:05:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15084020 | + EDI: WFNNB.COM | Mar 26 2026 06:05:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15084021 | + EDI: PHINGENESIS | Mar 26 2026 06:05:00 | Concora Credit, Genesis FS Card Services PO Box 4477, Beaverton, OR 97076-4401 |
| 15084022 | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2026 02:12:09 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15084023 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2026 02:12:06 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15084024 | EDI: DISCOVER | Mar 26 2026 06:05:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15084030 | EDI: CITICORP | Mar 26 2026 06:05:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15084025 | EDI: USBANKARS.COM | Mar 26 2026 06:05:00 | Elan/ent Cu, Cb Disputes, Saint Louis, MO 63166 |
| 15084026 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2026 02:12:06 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15084027 | + EDI: PHINGENESIS | Mar 26 2026 06:05:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15084028 | EDI: IRS.COM | Mar 26 2026 06:05:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15084031 | + Email/Text: Mercury@ebn.phinsolutions.com | Mar 26 2026 02:05:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 15084032 | EDI: NFCU.COM | Mar 26 2026 06:05:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15084035 | Email/Text: CollectionsDept@PFCU.COM | Mar 26 2026 02:05:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1003 |
| 15084033 | EDI: PENNDEPTREV | Mar 26 2026 06:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15084034 | Email/Text: blegal@phfa.org | Mar 26 2026 02:05:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 15084036 | Email/Text: bankruptcy@philapark.org | Mar 26 2026 02:06:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15084037 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2026 02:12:06 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15084039 | + EDI: AGFINANCE.COM | Mar 26 2026 06:05:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15084040 | EDI: SYNC | Mar 26 2026 06:05:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 15084041 | EDI: SYNC | Mar 26 2026 06:05:00 | Syncb/Toys R Us, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15084042 | + EDI: SYNC | Mar 26 2026 06:05:00 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15084043 | + EDI: SYNC | Mar 26 2026 06:05:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15084044 | + EDI: SYNC | Mar 26 2026 06:05:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

District/off: 0313-2                          User: admin                                    Page 3 of 3

Date Rcvd: Mar 25, 2026                       Form ID: 318                                    Total Noticed: 44

15084046        +  Email/PDF: MerrickBKNotifications@Resurgent.com
                                              Mar 26 2026 02:12:06        Webbank/Gettington, Attn: Bankruptcy, 6250
                                                                          Ridgewood Road, Saint Cloud, MN 56303-0820

15084047        +  EDI: WFHOME
                                              Mar 26 2026 06:05:00        Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home
                                                                          Campus MAC X2303-01A 3rd Floor, Des Moines,
                                                                          IA 50328-0001

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Desiree Tonya Banks help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Desiree Tonya Banks | Social Security number or ITIN   xxx–xx–9129 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of Pennsylvania | | |
| Case number:   25–15106–pmm | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Desiree Tonya Banks

<u>3/24/26</u>

**By the court:**  <u>Patricia M. Mayer</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318 **Order of Discharge** page 2